UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN REDLER INSURANCE & FINANCIAL SERVICES INC, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER BENEFITS GROUP LLP, <br><br> Defendant. | CASE NO. 2:21-cv-01267-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have submitted a Stipulated Protective Order (Dkt. No. 36). The proposed protective order appears to differ in some respects from the model order in this District.[1]

---

[1] The model order of this District is available here: https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.

MINUTE ORDER - 1

(2) Local Civil Rule 26(c)(2) requires parties who wish to depart from the District's model order to provide the court with a redlined version identifying departures in the proposed protective order from the model order.

(3) Accordingly, the Parties are DIRECTED to file a corrected Stipulated Protective Order that includes the redline required by LCR 26(c)(2) **within three (3) days** of this Order.

Dated this 6th day of June 2022.

        Ravi Subramanian
        Clerk of the Court

        s/ Kadya Peter
        Deputy Clerk